**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JONATHAN LIM,

    Plaintiff,

  v.

O'REILLY AUTOMOTIVE STORES, INC., et al.,

    Defendants.

                             /

No. C 12-00551 JSW

**ORDER DIRECTING PARTIES TO FILE FURTHER CASE MANAGEMENT STATEMENT**

    The Court has received the parties' Joint Case Management Statement. The parties have not included proposed dates for designation of experts, discovery cut off, hearing of dispositive motions, pretrial conference and trial. *See* Standing Order for All Judges of the Northern District of California - Contents of Joint Case Management Statement, ¶ 17. The parties shall submit a further case management conference statement that includes these dates by no later than 4:00 p.m. on May 29, 2012.

    **IT IS SO ORDERED.**

Dated: May 24, 2012

                                                     JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE