```
KUMIN SOMMERS LLP
Stephen A. Sommers, SBN 225742
Ramsey F.M. Hanafi, SBN 262515
870 Market Street, Ste. 428
San Francisco, CA 94102
(415) 434-4500 (Tel.)
(415) 434-8453 (Fax)
info@kuminsommers.com

Attorneys for Plaintiff
Jonathan Lim
```

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN LIM, an individual, | CASE NO.: 4:12-cv-00551-JSW |
| Plaintiff, | **FURTHER AMENDED JOINT CASE MANAGEMENT STATEMENT &** [PROPOSED] **ORDER AS MODIFIED HEREIN** |
| vs. | |
| O'REILLY AUTOMOTIVE STORES, INC.; CSK AUTO, INC.; and DOES 1 through 50, inclusive, | |
| Defendants. | |

Fact discovery has now closed in this case. However, in order to facilitate possible pre-trial settlement and preparation for trial, Plaintiff requested and Defendant agreed to a re-opening of fact-discovery. To that end and after meeting and conferring on this issue, the parties propose the following amended JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER, solely for the purposes of re-opening discovery and continuing the deadline for dispositive motions. The parties agree that all previously ordered dates shall remain unchanged. The parties therefore stipulate as follows:

//

//

Page **1** of **3**

*Lim v. O'Reilly Automotive Stores, Inc.* USDC-NDCA Case No. 4:12-cv-00551-JSW
JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER

1. Discovery Cut Off:

   The parties propose re-opening discovery, with a new fact discovery closure date of December 31, 2012.

2. Hearing of Dispositive Motions:

   The parties propose Friday February 22nd, 2013 at 9:00 a.m. If parties file cross-motions for summary judgment on overlapping issues, parties will utilize following 4-brief format: (1) Opening Brief; (2) Opposition and Cross Motion; (3) Opposition to Cross Motion and Reply; (4) Reply to Cross-Motion.

Original dates remain unchanged. These dates are as follows:

1. Dates for Designation of Experts:

   March 1st, 2013.

2. Dates for Closure of Expert Discovery:

    March 29th, 2013.

3. Pre-Trial Conferences and Trial

   April 22nd, 2013 at 8:00 a.m. for trial, and April 15th, 2013 at 2:00 p.m. for pre-trial conference.

//
//
//

Plaintiff:

Dated: /s/Stephen Sommers/s/
Stephen Sommers
Counsel for plaintiff

Defendant:

Dated: 10-25-12

Robert S. Cooper
**HAWKINS, PARNELL, THACKSTON & YOUNG, LLP**
444 S. Flower St., Suite 1100
Los Angeles, CA 90071

Ronald G. Polly, Jr.
(*to be admitted pro hac vice*)
**HAWKINS, PARNELL, THACKSTON & YOUNG, LLP**
4000 Sun Trust Plaza
303 Peachtree St., N.E.
Atlanta, Georgia 30308
Counsel for defendant

## CASE MANAGEMENT ORDER

Pursuant to the above stipulation, the above FURTHER AMENDED JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER is approved ~~as the Case Management Order for this case and all parties shall comply with its provisions~~.
**as modified as follows: the pretrial conference and trial are CONTINUED to May 6, 2013 at 2:00 p.m. and June 3, 2013 at 8:00 a.m. respectively.**
IT IS SO ORDERED.

Dated: October 29, 2012

_____
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

Page **3** of **3**